UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS DEWAYNE MCQUEEN,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:25-cv-01247-ACA-HNJ |
| **DISTRICT ATTORNEY JOHN CAMP, et al.,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

In August 2025, the magistrate judge entered a report recommending that the court deny Plaintiff Marcus Dewayne McQueen's motion to proceed *in forma pauperis* and dismiss this action without prejudice pursuant to the three-strikes provision of 28 U.S.C. § 1915(g). (Doc. 4). Although the magistrate judge advised Mr. McQueen of his right to file written objections within fourteen days (doc. 4 at 8–9), the court has not received any objections.

Mr. McQueen's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DENY** Mr. McQueen's motion for leave to proceed *in forma pauperis*. (Doc. 2). Because Mr. McQueen failed to pay

the filing and administrative fees of $405.00 at the time he filed this complaint, the court **WILL DISMISS** this action **WITHOUT PREJUDICE**.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this September 29, 2025.

_____
**ANNEMARIE CARNEY AXON**